UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RONNIE BARRETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 07-CV-0250 (RCL) |
| | ) |
| ANDRE CHREKY, | ) |
| ANDRE CHREKY SALON/ANDRE CHREKY INC., | ) |
| SPAC, LLC | ) |
| | ) |
| Defendants. | ) |
| | ) |

**PROOF OF SERVICE**

As shown by the accompanying Declaration of Ari M. Wilkenfeld, Esq., Plaintiff effected service of the Complaint and Summonses directed to Defendants Andre Chreky; Andre Chreky Salon/Andre Chreky Inc.; and SPAC, LLC, by overnight delivery to John M. Bredehoft, Esquire, Kaufman & Canoles, 150 West Main Street, Post Office Box 3037, Norfolk, Virginia 23514-3037, who agreed to accept service on behalf of all defendants.

Respectfully submitted,

      /s/ Ari M. Wilkenfeld      
Debra S. Katz (Bar No. 411861)
Ari M. Wilkenfeld (Bar. No. 461063)
Katz, Marshall & Banks, LLP
1718 Connecticut Avenue, N.W.
Floor 6
Washington, D.C. 20009
(202) 299-1140
(202) 299-1148 (fax)

Attorneys for Plaintiff Ronnie Barrett

Dated: February 8, 2007

**CERTIFICATE OF SERVICE**

Undersigned certifies that copies of the foregoing Proof of Service and Declaration of Ari M. Wilkenfeld were served this 8th day of February 2007 by first-class mail postage prepaid on:

> John M. Bredehoft, Esquire
> Kaufman & Canoles
> 150 West Main Street
> Post Office Box 3037
> Norfolk, Virginia 23514-3037

counsel for Andre Chreky, Andre Chreky Salon/Andre Chreky Inc., and SPAC, LLC.

    /s/ Ari M. Wilkenfeld
    Ari M. Wilkenfeld

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RONNIE BARRETT,<br><br>          Plaintiff,<br><br>          v.<br><br>ANDRE CHREKY,<br>ANDRE CHREKY SALON/ANDRE CHREKY INC.,<br>SPAC, LLC<br><br>          Defendants. | C.A. No. 07-CV-0250 (RCL) |

### DECLARATION OF ARI M. WILKENFELD

I, Ari M. Wilkenfeld declare and state as follows:

1. I am one of the counsel for plaintiff Ronnie Barrett in the above-captioned matter. I am making this Declaration in support of plaintiff's Proof of Service of the Complaint and Summonses.

2. On February 6, 2007, I caused copies of the Complaint and Summonses directed to Defendants Andre Chreky, Andre Chreky Salon/Andre Chreky Inc., and SPAC, LLC to be delivered by overnight mail to John M. Bredehoft, Esquire, at his office's mailing address, 150 West Main Street, Post Office Box 3037, Norfolk, Virginia 23514-3037. Mr. Bredehoft agreed to accept service of the Complaint and summonses on behalf of all defendants.

I hereby certify under penalty of perjury, and pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

*[signature]*
_____
Ari M. Wilkenfeld

Date: 2-8-07