UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RONNIE BARRETT,<br><br>           Plaintiff,<br><br>    v.<br><br>ANDRE CHREKY,<br>ANDRE CHREKY SALON/ANDRE CHREKY INC.,<br>SPAC, LLC<br><br>           Defendants. | C.A. No. 07-CV-0250 (RCL) |

## DECLARATION OF ARI M. WILKENFELD

I, Ari M. Wilkenfeld declare and state as follows:

1. I am one of the counsel for plaintiff Ronnie Barrett in the above-captioned matter. I am making this Declaration in support of plaintiff's Proof of Service of the Complaint and Summonses.

2. On February 6, 2007, I caused copies of the Complaint and Summonses directed to Defendants Andre Chreky, Andre Chreky Salon/Andre Chreky Inc., and SPAC, LLC to be delivered by overnight mail to John M. Bredehoft, Esquire, at his office's mailing address, 150 West Main Street, Post Office Box 3037, Norfolk, Virginia 23514-3037. Mr. Bredehoft agreed to accept service of the Complaint and summonses on behalf of all defendants.

I hereby certify under penalty of perjury, and pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

*/s/ Ari M. Wilkenfeld*
_____
Ari M. Wilkenfeld

Date: 2-8-07

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RONNIE BARRETT,<br><br>            Plaintiff,<br><br>     v.<br><br>ANDRE CHREKY,<br>ANDRE CHREKY SALON/ANDRE CHREKY INC.,<br>SPAC, LLC<br><br>            Defendants. | C.A. No. 07-CV-0250 (RCL) |

## DECLARATION OF ARI M. WILKENFELD

I, Ari M. Wilkenfeld declare and state as follows:

1. I am one of the counsel for plaintiff Ronnie Barrett in the above-captioned matter. I am making this Declaration in support of plaintiff's Proof of Service of the Complaint and Summonses.

2. On February 6, 2007, I caused copies of the Complaint and Summonses directed to Defendants Andre Chreky, Andre Chreky Salon/Andre Chreky Inc., and SPAC, LLC to be delivered by overnight mail to John M. Bredehoft, Esquire, at his office's mailing address, 150 West Main Street, Post Office Box 3037, Norfolk, Virginia 23514-3037. Mr. Bredehoft agreed to accept service of the Complaint and summonses on behalf of all defendants.

I hereby certify under penalty of perjury, and pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

_____
Ari M. Wilkenfeld

Date: 2-8-07