UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RONNIE BARRETT, )<br> )<br> Plaintiff, )<br> )<br> v. )<br> )<br>ANDRE CHREKY, )<br>ANDRE CHREKY SALON/ANDRE CHREKY INC., )<br>SPAC, LLC )<br> )<br> Defendants. )<br> ) | C.A. No. 07-CV-0250 (RCL) |

## JOINT PROPOSED SCHEDULING REPORT TO THE COURT

Pursuant to Local Civil Rule 16.3(c), the parties met and conferred by telephone on March 12, 2007, and provide the following Joint Statement:

1. The parties do not believe that this case is likely to be disposed of by dispositive motion. No dispositive motion has been filed as of the date of the conference.

2. The parties do not anticipate that other parties will be joined. No factual or legal issues can be agreed upon or narrowed at this time.

3. The parties agree that this case should be assigned to a magistrate judge only for matters relating to discovery.

4. The parties agree that there is no realistic possibility of settling the case at this time.

5. The parties do not believe that the case would benefit from the Court's Alternative Dispute Resolution Program at this time.

6. The parties propose the following schedule for the briefing of any motions for

Summary Judgment:

      September 17, 2007 - Deadline to file Motion/s for Summary Judgment

      October 1, 2007 - Deadline to file Opposition/s to Summary Judgment Motions

      October 9, 2007 - Deadline to file Reply/Replies

7.    The parties do not agree to dispense with the initial disclosures required by Federal Rule of Civil Procedure 26(a)(1), and have agreed to exchange such initial disclosures on March 26, 2007.

8.    The parties believe that discovery should be for a five (5) month period, ending on or before August 24, 2007.  The parties believe that the presumptive limits on Interrogatories and Depositions contained in Local Rule 26.2(b) should apply in this case.

9.    The parties did not believe that the requirements of Federal Rule of Civil Procedure 26(a)(2), regarding the exchange of expert witness reports and information, should be modified in this case.  The parties agree to conduct all depositions of any expert witnesses before the August 24, 2007 discovery deadline proposed in Paragraph 8 above.

10.    Not applicable as this case is not a class action.

11.    The parties agree that neither the trial or discovery need be bifurcated.

12.    The parties propose that the Court set a date for the Pretrial Conference durring the last week of October 2007.

13.    The parties request that the Court set a firm trial date at the first Scheduling Conference.

14.    There are no other matters that the parties believe necessary or appropriate to include in the Court's Scheduling Order.

    The Court is respectfully referred to the enclosed Proposed Scheduling Order.

Respectfully submitted,

| /s/ | /s/ |
|---|---|
| Debra S. Katz (Bar No. 411861) | John M. Bredehoft (Bar No. 375606) |
| Ari M. Wilkenfeld (Bar. No. 461063) | Kaufman & Canoles, P.C. |
| Justine F. Andronici | 150 West Main Street |
| Katz, Marshall & Banks, LLP | Post Office Box 3037 |
| 1718 Connecticut Avenue, N.W. | Norfolk, Virginia 23514-3037 |
| Floor 6 | (757) 624-3225 |
| Washington, D.C. 20009 | (757) 624-3169 (fax) |
| (202) 299-1140 | |
| (202) 299-1148 (fax) | |
| | |
| Attorneys for Plaintiff Ronnie Barrett | Attorney for all Defendants |

Dated: March 23, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **RONNIE BARRETT,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) C.A. No. 07-CV-0250 (RCL) |
| | ) |
| **ANDRE CHREKY,** | ) |
| **ANDRE CHREKY SALON/ANDRE CHREKY INC.,** | ) |
| **SPAC, LLC** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## PROPOSED SCHEDULING ORDER

UPON CONSIDERATION of the parties' Joint Proposed Scheduling Report, it is this

\_\_\_\_\_ day of _____, 2007, hereby:

**ORDERED** that initial disclosures shall proceed in accordance with Federal Rule of Civil Procedure 26(a), and that such initial disclosures shall be exchanged on March 26, 2007; and it is further

**ORDERED** this case will be assigned to a Magistrate Judge for all matters relating to discovery; and it is further

**ORDERED** that discovery shall terminate on August 24, 2007 and the presumptive limits on Interrogatories and Depositions contained in Local Rule 26.2(b) shall apply in this case; and it is further

**ORDERED** that dispositive motions, if any, shall be filed no later than September 17, 2007; opposition memoranda shall be filed on or before October 1, 2007; and reply memoranda, if any, shall be filed on or before October 9, 2007; and it is further.

**ORDERED** that a Scheduling Conference shall be held in this matter on the \_\_\_, day of _____, 2007 at \_\_\_\_\_ a.m./p.m., and it is further

**ORDERED** that the Court will set a Pretrial Conference by further Order of the Court.

---

Hon. Royce C. Lamberth
United States District Judge

Notice To:

Debra S. Katz
Ari M. Wilkenfeld
Justine F. Andronici
Katz, Marshall & Banks, LLP
1718 Connecticut Avenue, N.W.
Floor 6
Washington, D.C. 20009
(202) 299-1140
(202) 299-1148 (fax)

Attorneys for Plaintiff Ronnie Barrett


John M. Bredehoft
David J. Sullivan
Kaufman & Canoles, P.C.
150 West Main Street
Post Office Box 3037
Norfolk, Virginia 23514-3037
(757) 624-3225
(757) 624-3169 (fax)

Attorneys for all Defendants