UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RONNIE BARRETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:07-250 (RCL) |
| ) | |
| ANDRE CHREKY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## SCHEDULING ORDER

UPON CONSIDERATION of the parties' Joint Proposed Scheduling Report, it is this 2nd day of April, 2007, hereby:

ORDERED that initial disclosures shall proceed in accordance with Federal Rule of Civil Procedure 26(a), and that such initial disclosures shall be exchanged on March 26, 2007; it is further

ORDERED this case will be assigned to a Magistrate Judge for all matters relating to discovery; it is further

ORDERED that discovery shall terminate on August 24, 2007 and the presumptive limits on Interrogatories and Depositions contained in Local Rule 26.2(b) shall apply in this case; it is further

ORDERED that dispositive motions, if any, shall be filed no later than September 17, 2007; opposition memoranda shall be filed on or before October 1, 2007; and reply memoranda, if any, shall be filed on or before October 9, 2007; and it is further

ORDERED that a Status Conference shall be held after disposition of any dispositive

motions, at which the Court will set dates for a Pretrial Conference and trial.

    SO ORDERED.

    Signed by Royce C. Lamberth, United States District Judge, April 3, 2007.