UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RONNIE BARRETT,** | ) <br> ) <br> ) |
| **Plaintiff,** | ) <br> ) |
| v. | ) C.A. No. 07-CV-0250 (RCL) <br> ) |
| **ANDRE CHREKY,** <br> **ANDRE CHREKY SALON/ANDRE CHREKY INC.,** <br> **SPAC, LLC,** | ) <br> ) <br> ) <br> ) |
| **Defendants.** | ) <br> ) <br> ) |

**CONSENT MOTION TO MODIFY THE COURT'S SCHEDULING ORDER**

Plaintiff Ronnie Barrett ("Plaintiff"), through undersigned counsel, hereby respectfully moves to modify the Court's Scheduling Order of April 2, 2007. Counsel for Plaintiff has conferred with counsel for Defendants who have consented to the filing of this motion, agreed that the extension sought is justified under the circumstances, and approve of the proposed scheduling dates set forth below.

The Court's April 2, 2007 Scheduling Order (which was later clarified by a Court docket entry on April 3, 2007) set the following deadlines with regard to discovery and dispositive motions:

Discovery closes on August 24, 2007;

Dispositive Motions due by September 17, 2007;

Oppositions to Dispositive Motions due by October 1, 2007;

Replies to the Oppositions due by October 9, 2007

Because of circumstances beyond the control of counsel for Plaintiff, Plaintiff seeks, and Defendants consent to, a two-month extension of the deadlines. Plaintiff respectfully requests that the Court re-set the above deadlines as follows:

Discovery closes on October 24, 2007

Dispositive Motions due by November 19, 2007

Oppositions to Dispositive Motions due by December 3, 2007

Replies to the Oppositions due by December 11, 2007

                                  Respectfully submitted,

                                  **/s/  Ari M. Wilkenfeld**
                              Debra S. Katz (Bar No. 411861)
                              Ari M. Wilkenfeld (Bar. No. 461063)
                              Katz, Marshall & Banks, LLP
                              1718 Connecticut Avenue, N.W.
                              Sixth Floor
                              Washington, D.C. 20009
                              (202) 299-1140
                              (202) 299-1148 (fax)

                              Attorneys for Plaintiff Ronnie Barrett

Dated: July 24, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RONNIE BARRETT,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) C.A. No. 07-CV-0250 (RCL) |
| | ) |
| **ANDRE CHREKY,** | ) |
| **ANDRE CHREKY SALON/ANDRE CHREKY INC.,** | ) |
| **SPAC, LLC,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## ORDER

Upon consideration of Plaintiff's Consent Motion to Modify the Court's Scheduling Order, and the entire record in this case, it is by the Court this ____ day of _____, 2007,

**ORDERED**, the consent motion be, and hereby is, GRANTED, and it is further;

**ORDERED**, that the Court's April 2, 2007 Scheduling Order shall be, and hereby is, modified as follows:

Discovery closes on October 24, 2007

Dispositive Motions due by November 19, 2007

Oppositions to Dispositive Motions due by December 3, 2007

Replies to the Oppositions due by December 11, 2007

_____
The Honorable Royce C. Lamberth
United States District Judge

Copies to:

Debra S. Katz
Ari M. Wilkenfeld
Justine F. Andronici
Katz, Marshall & Banks, LLP
1718 Connecticut Avenue, N.W.
Sixth Floor
Washington, D.C. 20009
(202) 299-1140
(202) 299-1148 (fax)

Attorneys for Plaintiff Ronnie Barrett


John M. Bredehoft
David J. Sullivan
Kaufman & Canoles, P.C.
150 West Main Street
Post Office Box 3037
Norfolk, Virginia 23514-3037
(757) 624-3225
(757) 624-3169 (fax)

Attorneys for all Defendants