UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| RONNIE BARRETT, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 1:07-250 (RCL) |
| ANDRE CHREKY, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

## SCHEDULING ORDER

Upon consideration of plaintiff's consent motion [18] to modify the Court's Scheduling Order [10], and the entire record in this case, it is hereby

ORDERED that the consent motion [18] is GRANTED; and it is further

ORDERED that the Court's April 2, 2007, Scheduling Order [10] is modified as follows: Discovery closes on October 24, 2007; Dispositive motions are due by November 19, 2007; Oppositions to dispositive motions are due by December 3, 2007; and Replies to the oppositions are due by December 11, 2007.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, August 2, 2007.