UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RONNIE BARRETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:07-250 (RCL) |
| ) | |
| ANDRE CHREKY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter comes before the Court upon plaintiffs' Jennifer Thong's and Ronnie Barrett's joint motion in 06-1807 to consolidate discovery in Civil Action Nos. 06-1807 (RCL) and 07-250 (RCL). Now, the Court having duly considered the plaintiffs' motion, and the defendants' consent thereto, it is hereby

ORDERED that the plaintiffs' joint motion to consolidate discovery is GRANTED.

SO ORDERED.

Signed my Royce C. Lamberth, United States District Judge, on September 25, 2007.