UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RONNIE BARRETT,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**ANDRE CHREKY,** )<br>**ANDRE CHREKY SALON/ANDRE CHREKY INC.,** )<br>**SPAC, LLC** )<br>)<br>Defendants. )<br>) | C.A. No. 07-CV-0250 (RCL) |

**PLAINTIFF RONNIE BARRETT'S OPPOSITION TO DEFENDANTS'
MOTION TO QUASH SUBPOENA TO PRIVATE INVESTIGATORS**

Plaintiff Ronnie Barrett ("Plaintiff"), through undersigned counsel, hereby submits her Opposition to Defendants' Motion to Quash Subpoena on the ground that defendants' motion is moot.

The third-party subpoenas in question were served upon Fortress Global Investigations and Security and Vital Investigations, two private investigation firms hired by defendants to interview potential third-party witnesses. After receiving reports from numerous witnesses that the private investigators in question were concealing their identity and misleading witnesses about the posture of the case, counsel for plaintiff issued the subpoenas in question seeking the production of documents regarding:

> All contracts or any other documents concerning the provision of
> any services by Fortress Global Investigations and Security and
> Vital Investigations to Andre Chreky; Andre Chreky, Inc.; Andre

>Chreky Salon and Spa; SPAC, LLC; and/or their representatives, agents, or attorneys, from January 2000 to the present.
>
>All documents concerning the particular procedures, techniques, strategies, and tactics utilized by Fortress Global Investigations and Security and Vital Investigations on behalf of Andre Chreky; Andre Chreky, Inc.; Andre Chreky Salon and Spa; SPAC, LLC; and/or their representatives, agents, or attorneys, from January 2000 to the present.

Defendants do not object to the production of these two categories of documents.

The subpoenas at issue also seek the production of:

>All documents concerning or relating to all information obtained by Fortress Global Investigations and Security and Vital Investigations on behalf of Andre Chreky; Andre Chreky, Inc.; Andre Chreky Salon and Spa; SPAC, LLC; and/or their representatives, agents, or attorneys, from January 2000 to the present.

Defendants have objected to this third category of documents on the grounds that such documents protected by the attorney work-product doctrine. See Defendants' Motion at 1.

Plaintiff has voluntarily withdrawn the two subpoenas at issue and is in the process of serving two new subpoenas on Fortress Global Investigations and Security and Vital Investigations eliminating the third category of documents which plaintiffs have objected to, and noticing the depositions of the individual investigators.

Consequently, defendants' Motion, which objects only to the now ommited third category of documents, is moot and should be denied.

                                /s/ Ari M. Wilkenfeld
Ari M. Wilkenfeld (Bar. No. 461063)
Katz, Marshall & Banks, LLP
1718 Connecticut Avenue, N.W.
Sixth Floor
Washington, D.C. 20009
(202) 299-1140
(202) 299-1148 (fax)

Attorneys for Plaintiff Ronnie Barrett

Dated: October 16, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                            )
**RONNIE BARRETT,**                         )
                                            )
             **Plaintiff,**                 )
                                            )
      v.                                    )  **C.A. No. 07-CV-0250 (RCL)**
                                            )
**ANDRE CHREKY,**                           )
**ANDRE CHREKY SALON/ANDRE CHREKY INC.,**   )
**SPAC, LLC**                               )
                                            )
             **Defendants.**                )
                                            )
_____ )

## ORDER

Upon consideration of the Defendants' Motion to Quash, Plaintiff Barrett's Opposition, any response thereto, and upon the entire record herein; it is

ORDERED that the motion shall be, and hereby is, DENIED as moot



Dated: _____    _____
                            Royce C. Lamberth, Judge
                            United States District Court for the District of Columbia

Copies to:

Debra S. Katz (#411861)
Ari M. Wilkenfeld (# 461063)
KATZ, MARSHALL & BANKS, LLP
1718 Connecticut Ave., N.W.
Sixth Floor
Washington, D.C.  20009
(202) 299-1140 (telephone)
(202) 299-1148 (fax)

John Bredehoft, Esquire
David Sullivan, Esquire
Kaufman & Canoles
Suite 2100
150 West Main Street
Norfolk, VA 23510