UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **RONNIE BARRETT,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) C.A. No. 07-CV-0250 (RCL) |
| | ) |
| **ANDRE CHREKY,** | ) |
| **ANDRE CHREKY SALON/ANDRE CHREKY INC.,** | ) |
| **SPAC, LLC** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## JOINT MOTION TO MODIFY THE COURT'S SCHEDULING ORDER

Plaintiff and Defendants ("the Parties"), through undersigned counsel, hereby respectfully move to modify the Court's Scheduling Order of August 2, 2007. Counsel for the Parties have conferred and have agreed that the extension sought is justified under the circumstances and jointly approve of the proposed scheduling dates set forth below.

The Parties respectfully request that the Court re-set the following deadlines:

Discovery will close on December 7, 2007;

Dispositive Motions shall be due by January 14, 2007;

Oppositions to Dispositive Motions shall be due by January 28, 2007; and

Replies to the Oppositions shall be due by February 7, 2007.


Respectfully submitted,

        /s/
Ari M. Wilkenfeld (Bar. No. 461063)
Katz, Marshall & Banks, LLP
1718 Connecticut Avenue, N.W.
Sixth Floor
Washington, D.C. 20009
(202) 299-1140
(202) 299-1148 (fax)

Attorneys for Plaintiff Ronnie Barrett


        /s/
John Bredehoft, Esquire
David Sullivan, Esquire
Kaufman & Canoles
Suite 2100
150 West Main Street
Norfolk, VA 23510
(757) 624-3225
(757) 624-3169

Attorneys for Defendants

Dated: October 17, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RONNIE BARRETT,** <br><br> **Plaintiff,** <br><br> v. <br><br> **ANDRE CHREKY,** <br> **ANDRE CHREKY SALON/ANDRE CHREKY INC.,** <br> **SPAC, LLC** <br><br> **Defendants.** | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 07-CV-0250 (RCL) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

Upon consideration of the Parties Joint Motion to Modify the Court's Scheduling Order, and the entire record herein; it is

ORDERED that the motion shall be, and hereby is, GRANTED; and it is further

ORDERED that:

Discovery will close on December 7, 2007;

Dispositive Motions shall be due by January 14, 2007;

Oppositions to Dispositive Motions shall be due by January 28, 2007; and

Replies to the Oppositions shall be due by February 7, 2007.

Dated: _____        _____
                                Royce C. Lamberth, Judge
                                United States District Court for the District of Columbia

Copies to:

Debra S. Katz (#411861)
Ari M. Wilkenfeld (# 461063)
KATZ, MARSHALL & BANKS, LLP
1718 Connecticut Ave., N.W.
Sixth Floor
Washington, D.C.  20009
(202) 299-1140 (telephone)
(202) 299-1148 (fax)

John Bredehoft, Esquire
David Sullivan, Esquire
Kaufman & Canoles
Suite 2100
150 West Main Street
Norfolk, VA 23510