UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RONNIE BARRETT,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) C.A. No. 07-CV-0250 (RCL) |
| | ) |
| **ANDRE CHREKY,** | ) |
| **ANDRE CHREKY SALON/ANDRE CHREKY INC.,** | ) |
| **SPAC, LLC** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

### JOINT NOTICE OF WITHDRAWAL OF FIRST JOINT MOTION TO MODIFY THE COURT'S SCHEDULING ORDER

Plaintiff and Defendants ("the Parties"), through undersigned counsel, hereby respectfully move to withdraw the First Joint Motion to Modify the Court's Scheduling Order, submitted on October 17, 2007, which was replaced by the Amended Joint Motion to Modify the Court's Scheduling Order, also submitted on October 17, 2007.

Respectfully submitted,

/s/
Debra S. Katz (Bar No. 411861)
Ari M. Wilkenfeld (Bar No. 461063)
Katz, Marshall & Banks, LLP
1718 Connecticut Avenue, N.W.
Sixth Floor
Washington, D.C. 20009
(202) 299-1140
(202) 299-1148 (fax)

Attorneys for Plaintiff Ronnie Barrett

                    /s/
_____
John Bredehoft, Esquire
David Sullivan, Esquire
Kaufman & Canoles
Suite 2100
150 West Main Street
Norfolk, VA 23510
(757) 624-3225
(757) 624-3169

Attorneys for Defendants

Dated: October 18, 2007