**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

| | |
|---|---|
| **RONNIE BARRETT,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **C.A. No. 07-CV-0250 (RCL)** |
| | ) |
| **ANDRE CHREKY,** | ) |
| **ANDRE CHREKY SALON/ANDRE CHREKY INC.,** | ) |
| **SPAC, LLC** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

_____)

## <u>ORDER</u>

Upon consideration of the Parties Joint Motion to Modify the Court's Scheduling Order, and the entire record herein; it is

ORDERED that the motion shall be, and hereby is, GRANTED; and it is further

ORDERED that:

Discovery will close on December 7, 2007;

Dispositive Motions shall be due by January 14, 2008;

Oppositions to Dispositive Motions shall be due by January 28, 2008; and

Replies to the Oppositions shall be due by February 7, 2008.


SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, on October 23, 2007.