IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RONNIE BARRETT, | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 07-CV-0250 |
| ANDRE CHREKY, ET AL. | ) |
| Defendants. | ) |

FILED
DEC - 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Upon consideration of the Parties' Joint Motion to Modify the Court's Scheduling Order, and the entire record herein; it is

ORDERED that the motion shall be, and hereby is, GRANTED; and it is further

ORDERED that:

Discovery will close on January 23, 2008;

Dispositive Motions shall be due by February 22, 2008;

Oppositions to Dispositive Motions shall be due by March 7, 2008; and

Replies to the Oppositions shall be due by March 14, 2008.

12/6/07

Royce C. Lamberth, Judge
United States District Court for the District of Columbia