# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RONNIE BARRETT,** | )<br>)<br>) |
| **Plaintiff,** | )<br>) |
| v. | ) C.A. No. 07-CV-0250 (RCL)<br>) |
| **ANDRE CHREKY,**<br>**ANDRE CHREKY SALON/ANDRE CHREKY INC.,**<br>**SPAC, LLC** | )<br>)<br>)<br>) |
| **Defendants.** | )<br>)<br>) |

## ORDER

Upon consideration of the Defendants' Motion to Quash, Plaintiff Barrett's Opposition, any response thereto, and upon the entire record herein; it is

ORDERED that the motion shall be, and hereby is, DENIED as moot

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on January 18, 2008.