UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RONNIE BARRETT,** | ) |
| **Plaintiff,** | ) |
| v. | ) C.A. No. 07-CV-0250 (RCL) |
| **ANDRE CHREKY,** <br> **ANDRE CHREKY SALON/ANDRE CHREKY INC.,** <br> **SPAC, LLC** | ) |
| **Defendants.** | ) |

### JOINT MOTION TO MODIFY THE COURT'S SCHEDULING ORDER

Plaintiff and Defendants ("the Parties"), through undersigned counsel, hereby respectfully move to modify the Court's Scheduling Order of December 6, 2007. Counsel for the Parties have conferred and have agreed that the extension sought is justified under the circumstances and jointly approve of the proposed scheduling dates set forth below:

The Parties respectfully request that the Court re-set the following deadlines:

Discovery will close on Friday, April 4, 2008;

Dispositive Motions shall be due by Monday, May 5, 2008;

Oppositions to Dispositive Motions shall be due by Monday, May 19, 2008; and

Replies to the Oppositions shall be due by Wednesday, May 28, 2008.

Respectfully submitted,

_____/s/ Ari M. Wilkenfeld_____
Debra S. Katz (Bar No. 411861)
Ari M. Wilkenfeld (Bar. No. 461063)
Katz, Marshall & Banks, LLP
1718 Connecticut Avenue, N.W.
Sixth Floor
Washington, D.C. 20009
(202) 299-1140
(202) 299-1148 (fax)

Attorneys for Plaintiff Ronnie Barrett


_____/s/ David Sullivan_____
John Bredehoft, Esquire
David Sullivan, Esquire
Kaufman & Canoles
Suite 2100
150 West Main Street
Norfolk, VA 23510
(757) 624-3225
(757) 624-3169 (fax)

Attorneys for Defendants

Dated: January 22, 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **RONNIE BARRETT,** | ) |
| **Plaintiff,** | ) |
| v. | ) C.A. No. 07-CV-0250 (RCL) |
| **ANDRE CHREKY,** **ANDRE CHREKY SALON/ANDRE CHREKY INC.,** **SPAC, LLC** | ) |
| **Defendants.** | ) |

## ORDER

Upon consideration of the Parties' Joint Motion to Modify the Court's Scheduling Order, and the entire record herein, it is:

**ORDERED** that the motion shall be, and hereby is, GRANTED; and it is further

**ORDERED** that:

Discovery will close on Friday, April 4, 2008;

Dispositive Motions shall be due by Monday, May 5, 2008;

Oppositions to Dispositive Motions shall be due by Monday, May 19, 2008; and

Replies to the Oppositions shall be due by Wednesday, May 28, 2008.


Dated: _____        _____
                                 Royce C. Lamberth, Judge
                                 United States District Court for the District of Columbia

Copies to:

Debra S. Katz, Esquire
Ari M. Wilkenfeld, Esquire
Katz, Marshall & Banks, LLP
1718 Connecticut Avenue, N.W.
Sixth Floor
Washington, D.C. 20009
(202) 299-1140
(202) 299-1148 (fax)

Attorneys for Plaintiff Ronnie Barrett


John Bredehoft, Esquire
David Sullivan, Esquire
Kaufman & Canoles
Suite 2100
150 West Main Street
Norfolk, VA 23510
(757) 624-3225 (phone)
(757) 624-3169 (fax)

Attorneys for Defendants