UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RONNIE BARRETT, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>ANDRE CHREKY, *et al.*, )<br>)<br>    Defendants. )<br>) | Civil Action No. 1:07-250 (RCL) |

## ORDER

Upon consideration of the parties' Joint Motion [33] to Modify the Court's Scheduling Order, and the entire record herein, it is hereby

ORDERED that the motion [33] is GRANTED; and it is further

ORDERED that:

Discovery will close on Friday, April 4, 2008;

Dispositive motions shall be due by Monday, May 5, 2008;

Oppositions to dispositive motions shall be due by Monday, May 19, 2008;

Replies to the Oppositions shall be due by Wednesday, May 28, 2008.


SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, January 22, 2008.