UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RONNIE BARRETT,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **C.A. No. 07-CV-0250 (RCL)** |
| ) | |
| **ANDRE CHREKY,** ) | |
| **ANDRE CHREKY SALON/ANDRE CHREKY INC.,** ) | |
| **SPAC, LLC** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |
| ) | |

**PLAINTIFF'S CONSENT MOTION
FOR EXTENSION OF TIME TO FILE REPLY BRIEF**

Plaintiff, through undersigned counsel, hereby respectfully moves for a one-day
extension to file her Reply to Defendants' Opposition to Plaintiff's Motion for Leave to File an
Amended Complaint.  Due to an unforeseen medical emergency, Plaintiff's lead counsel is in the
hospital with his ill son and will be unable to complete the Reply by the due date of January 29,
2008.  Counsel for Plaintiff have conferred with counsel for the Defendants and obtained consent
to the one-day extension.  Plaintiff respectfully requests that the Court grant an extension until
January 30, 2008.

Respectfully submitted,

   /s/ Debra S. Katz                         .
Debra S. Katz (Bar No. 411861)
Ari M. Wilkenfeld (Bar. No. 461063)
Katz, Marshall & Banks, LLP
1718 Connecticut Avenue, N.W., Sixth Floor
Washington, D.C. 20009
(202) 299-1140 (phone) / (202) 299-1148 (fax)

Attorneys for Plaintiff Ronnie Barrett

Dated:  January 29, 2008

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **RONNIE BARRETT,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) **C.A. No. 07-CV-0250 (RCL)** |
| | ) |
| **ANDRE CHREKY,** | ) |
| **ANDRE CHREKY SALON/ANDRE CHREKY INC.,** | ) |
| **SPAC, LLC** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |
| | ) |

**ORDER**

Upon consideration of Plaintiff's Consent Motion for Extension of Time to File Reply

Brief, it is: **ORDERED** that the motion shall be, and hereby is, GRANTED; and it is further

**ORDERED** that:

Plaintiff's Reply shall be due by Wednesday, January 30, 2008.

Dated: _____       _____
                                                      Royce C. Lamberth, Judge
                                                      United States District Court for the District of Columbia

Copies to:

Debra S. Katz, Esquire
Ari M. Wilkenfeld, Esquire
Katz, Marshall & Banks, LLP
1718 Connecticut Avenue, N.W.
Sixth Floor
Washington, D.C. 20009
(202) 299-1140
(202) 299-1148 (fax)

Attorneys for Plaintiff Ronnie Barrett


John Bredehoft, Esquire
David Sullivan, Esquire
Kaufman & Canoles
Suite 2100
150 West Main Street
Norfolk, VA 23510
(757) 624-3225 (phone)
(757) 624-3169 (fax)

Attorneys for Defendants