UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RONNIE BARRETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 07-CV-0250 (RCL) |
| | ) |
| ANDRE CHREKY, et al. | ) |
| | ) |
| Defendants. | ) |
| | ) |

**CONSENT MOTION TO MODIFY THE COURT'S SCHEDULING ORDER**

Plaintiff and Defendants ("the Parties"), through undersigned counsel, hereby respectfully move to modify the Court's Scheduling Order of January 22, 2008. Counsel for the Parties have conferred and have agreed that an extension of discovery is justified under the circumstances and jointly approve of the proposed scheduling dates set forth below:

The Parties respectfully request that the Court re-set the following deadlines:

Discovery will close on Friday, May 30, 2008;

Dispositive Motions shall be due by Monday, June 30, 2008;

Oppositions to Dispositive Motions shall be due by Wednesday, July 16, 2008; and

Replies to the Oppositions shall be due by Monday, July 28, 2008.

       Respectfully submitted,


       _____/s/ Ari M. Wilkenfeld_____
       Debra S. Katz (Bar No. 411861)
       Ari M. Wilkenfeld (Bar. No. 461063)
       Katz, Marshall & Banks, LLP
       1718 Connecticut Avenue, N.W.
       Sixth Floor
       Washington, D.C. 20009
       (202) 299-1140
       (202) 299-1148 (fax)

       Attorneys for Plaintiff Ronnie Barrett

       _____/s/ John Bredehoft_____
       John Bredehoft, Esquire
       David Sullivan, Esquire
       Kaufman & Canoles
       Suite 2100
       150 West Main Street
       Norfolk, VA 23510
       (757) 624-3225
       (757) 624-3169 (fax)

       Attorneys for Defendants

Dated: April 4, 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RONNIE BARRETT,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) C.A. No. 07-CV-0250 (RCL) |
| | ) |
| **ANDRE CHREKY,** | ) |
| **ANDRE CHREKY SALON/ANDRE CHREKY INC.,** | ) |
| **SPAC, LLC** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

### ORDER

Upon consideration of the Parties' Joint Motion to Modify the Court's Scheduling Order, and the entire record herein, it is:

**ORDERED** that the motion shall be, and hereby is, GRANTED; and it is further

**ORDERED** that:

Discovery will close on Friday, May 30, 2008;

Dispositive Motions shall be due by Monday, June 30, 2008;

Oppositions to Dispositive Motions shall be due by Wednesday, July 16, 2008; and

Replies to the Oppositions shall be due by Monday, July 28, 2008.

Dated: _____        _____
                                                          Royce C. Lamberth, Judge
                                                          United States District Court for the District of Columbia

Copies to:

Debra S. Katz, Esquire
Ari M. Wilkenfeld, Esquire
Katz, Marshall & Banks, LLP
1718 Connecticut Avenue, N.W.
Sixth Floor
Washington, D.C. 20009
(202) 299-1140
(202) 299-1148 (fax)

Attorneys for Plaintiff Ronnie Barrett


John Bredehoft, Esquire
David Sullivan, Esquire
Kaufman & Canoles
Suite 2100
150 West Main Street
Norfolk, VA 23510
(757) 624-3225 (phone)
(757) 624-3169 (fax)

Attorneys for Defendants