**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **RONNIE BARRETT,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Civil Action No. 1:07-250 (RCL)** |
| **ANDRE CHREKY**, *et al.,* | ) | |
| **Defendants.** | ) | |

## ORDER

Upon consideration of the parties' Joint Motion [38] to Modify the Court's Scheduling Order, and the entire record herein, it is hereby

ORDERED that the motion [38] is GRANTED; and it is further

ORDERED that:

Discovery will close on Friday, May 30, 2008;

Dispositive motions shall be due by Monday, June 30, 2008;

Oppositions to dispositive motions shall be due by Wednesday, July 16, 2008; and

Replies to the Oppositions shall be due by Monday, July 28, 2008.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, April 17, 2008.