IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RONNIE BARRETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 07-CV-0250 |
| ) | |
| ANDRE CHREKY, ET AL. ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon consideration of the Parties' Joint Motion to Modify the Court's Scheduling Order, and the entire record herein; it is

ORDERED that the motion shall be, and hereby is, GRANTED; and it is further

ORDERED that:

Dispositive Motions shall be due by August 25, 2008;

Oppositions to Dispositive Motions shall be due by September 12, 2008; and

Replies to the Oppositions shall be due by September 22, 2008.

SO ORDERED.

Signed by Royce C. Lamberth, Chief Judge, on August 6, 2008.

Copies to:

Debra S. Katz (#411861)
Ari M. Wilkenfeld (#461063)
Katz, Marshall & Banks, LLP
1718 Connecticut Avenue, N.W.
Sixth Floor
Washington, D.C. 20009
202-299-1140 (direct voice line)
202-299-1148 (facsimile)

John M. Bredehoft (375606)
David J. Sullivan
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, Virginia 23510
757-624-3225 (direct voice line)
757-624-3169 (facsimile)