IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RONNIE BARRETT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ANDRE CHREKY, ET AL. )<br>)<br>Defendants. )<br>) | C.A. No. 07-CV-0250 |

## CONSENT MOTION TO MODIFY THE COURT'S SCHEDULING ORDER

Plaintiff and Defendants ("the Parties"), through undersigned counsel, hereby respectfully move to modify the Court's Scheduling Order of August 6, 2008. Counsel for the Parties have conferred and have agreed that the extension sought is justified under the circumstances and jointly approve of the proposed scheduling dates set forth below.

The parties respectfully request that the Court re-set the following deadlines:

Dispositive Motions shall be due by September 2, 2008

Oppositions to Dispositive Motions shall be due by September 22, 2008; and

Replies to the Oppositions shall be due by October 1, 2008.

| | |
|---|---|
| August 22, 2008 | Respectfully submitted, |

_____/s/_____
John M. Bredehoft
D.C. Bar No. 375606
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, Virginia 23510
757-624-3225 (direct voice line)
757-624-3169 (facsimile)
jmbredehoft@kaufcan.com

Counsel for Defendants


_____/s/_____
Debra S. Katz
Bar No. 411861
Ari M. Wilkenfeld
Bar No. 461063
Katz, Marshall & Banks, LLP
1718 Connecticut Avenue, N.W.
Sixth Floor
Washington, D.C. 20009
202-299-1140 (direct voice line)
202-299-1148 (facsimile)
wilkenfeld@kmblegal.com

Counsel for Plaintiff
Ronnie Barrett

::ODMA\PCDOCS\DOCSNFK\1301098\1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RONNIE BARRETT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ANDRE CHREKY, ET AL. )<br>)<br>Defendants. )<br>) | C.A. No. 07-CV-0250 |

## **ORDER**

Upon consideration of the Parties' Joint Motion to Modify the Court's Scheduling Order, and the entire record herein; it is

ORDERED that the motion shall be, and hereby is, GRANTED; and it is further

ORDERED that:

Dispositive Motions shall be due by September 2, 2008;

Oppositions to Dispositive Motions shall be due by September 22, 2008;

Replies to the Oppositions shall be due by October 1, 2008.

_____    _____
                          Royce C. Lamberth, Judge
                          United States District Court for the District of
                          Columbia

Copies to:

Debra S. Katz (#411861)
Ari M. Wilkenfeld (#461063)
Katz, Marshall & Banks, LLP
1718 Connecticut Avenue, N.W.
Sixth Floor
Washington, D.C. 20009
202-299-1140 (direct voice line)
202-299-1148 (facsimile)

John M. Bredehoft (375606)
David J. Sullivan
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, Virginia 23510
757-624-3225 (direct voice line)
757-624-3169 (facsimile)

::ODMA\PCDOCS\DOCSNFK\1301184\1