## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RONNIE BARRETT, | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 07-CV-0250 |
| ANDRE CHREKY, ET AL. | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of the Parties' Joint Motion to Modify the Court's Scheduling Order, and the entire record herein; it is

ORDERED that the motion shall be, and hereby is, GRANTED; and it is further

ORDERED that:

Dispositive Motions shall be due by September 2, 2008;

Oppositions to Dispositive Motions shall be due by September 22, 2008;

Replies to the Oppositions shall be due by October 1, 2008.


__August 26, 2008_____        _____/s/_____
                                    Royce C. Lamberth, Judge
                                    United States District Court for the District of
                                    Columbia