IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RONNIE BARRETT,  )
 )
       Plaintiff,  )
 )
v.  )  C.A. No. 07-CV-0250
 )
ANDRE CHREKY, et al,.  )
 )
       Defendants.  )

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, all defendants hereby move this Court for summary judgment on all remaining claims in this action. The grounds for this motion are set forth in the accompanying Memorandum of Law.

Respectfully submitted,

September 2, 2008

_____/s/_____
John M. Bredehoft
D.C. Bar No. 375606
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, Virginia 23510
757-624-3225 (direct voice line)
757-624-3169 (facsimile)
jmbredehoft@kaufcan.com

Counsel for All Defendants

## CERTIFICATE OF ELECTRONIC FILING

September 2, 2008                    Respectfully submitted,

_____/s/_____
John M. Bredehoft
D.C. Bar No. 375606
David Sullivan
Anna R. Smith
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, Virginia 23510
757-624-3225 (direct voice)
757-624-3169 (facsimile)
jmbredehoft@kaufcan.com